**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

**Case No.:**   2:23-cv-03719-AB-BFM          **Date**:   July 18, 2023

**Title:**   *Ricky McConnaughy v. Gena Jones*

=====================================================================

Present:  The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

|  Christianna Howard  |  N/A  |
|:---:|:---:|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(In Chambers) Order to Show Cause**

On May 16, 2023, Petitioner, who had not paid the appropriate filing fee, or submitted a Request to Proceed Without Prepayment of Filing Fees ("IFP Request") with a declaration in support, was informed that if he did not submit either the filing fee or the IFP request within 30 days from the date of that order, his action may be dismissed. (ECF 2.) As of the date of this Order, Petitioner has not submitted his filing fee or an IFP Request, and the time to do so has passed.

**No later than August 14, 2023**, Petitioner is ordered to show cause why this action should not be dismissed for failure to prosecute and/or to comply with Court orders. Submission of the filing fee or the IFP Request shall be deemed compliance with this Order. **Failure to respond to this Order by August 14, 2023, will result in a recommendation to the District Judge that this action be dismissed without prejudice for failure to prosecute and/or to comply with Court orders**.

**IT IS SO ORDERED.**

cc:   Ricky McConnaughy, pro se                    Initials of Preparer:   ___ch___